Claude B. Kahn, of Chicago, for appellee.

LEE V. OLENZ, Plaintiff-Appellant, v. PATRICK J. CLEARY et al., Defendants-Appellees.

(No. 59577;

First District (3rd Division)—May 2, 1974.

*Rehearing denied May 28, 1974.*

Opinion by Mr. PRESIDING JUSTICE McNAMARA.

Lee V. Olenz, *pro se.*

William J. Scott, Attorney General, of Chicago (Jerry E. Felsenthal, Assistant Attorney General, of counsel), for appellees.